# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                    )  CR NO: 2:13-CR-00097 MCE

**JESUS ARTURO GUTIERREZ-GARCIA**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum         ☐ Ad Testificandum.

Name of Detainee:   JESUS ARTURO GUTIERREZ-GARCIA

Detained at (custodian):   **LA PALMA CORRECTIONAL CENTER**

Detainee is:  a.)  ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With:  **Deported Alien Found in the United States**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California*.

Signature:   /s/ Nirav Desai
Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date   November 4, 2013                                       United States Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | Jesus Arturo Garcia | Male ☒ | Female ☐ |
| Booking or CDC #: | AN3682 | DOB: | 4/14/74 |
| Facility Address: | 5501 North La Palma Road | Race: | |
|  | Eloy, AZ  85153 | FBI #: | |
| Facility Phone: | 800-624-2931 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)

Form Crim-48                                                         Revised 11/19/97