# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 2:13-CR-00097 MCE
)
**JESUS ARTURO GUTIERREZ-GARCIA**

**FILED**

**APPLICATION FOR WRIT OF HABEAS CORPUS**

NOV 1 2013

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum  ☐ Ad Testificandum

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Name of Detainee: JESUS ARTURO GUTIERREZ-GARCIA

Detained at (custodian): **LA PALMA CORRECTIONAL CENTER**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment  ☐ Information  ☐ Complaint
    Charging Detainee With: **Deported Alien Found in the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11/1/13       _/s/ Dale A. Drozd_
             United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jesus Arturo Garcia | Male ☒ | Female ☐ |
| Booking or CDC #: | AN3682 | DOB: | 4/14/74 |
| Facility Address: | 5501 North La Palma Road | Race: | |
| | Eloy, AZ 85153 | FBI #: | |
| Facility Phone: | 800-624-2931 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____    _____
                  (Signature)

Form Crim-48                          Revised 11/19/97