1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT

7
FOR THE EASTERN DISTRICT OF CALIFORNIA

8
UNITED STATES OF AMERICA,    )   Case №:2:13-cr-00097  MCE

9
      Plaintiff,    )   **O R D E R**
      )   **APPOINTING COUNSEL**

10
      vs.    )

11
JESUS ARTURO GUTIERREZ-    )
GARCIA,    )

12
      Defendant.    )

13

14
The defendant has, under oath, sworn or affirmed as to his financial inability to employ

15
counsel.

16
OFFENSE:  8 USC § 1326

17
CJA Panel attorney Clemente Jimenez is hereby appointed effective December 20, 2013,
the date the Office of the Federal Defender first contacted him.

18

19
**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

20
**SUPPORTING APPOINTMENT.**

21
DATED:  12/23/2013

22

23
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

ORDER APPOINTING COUNSEL      1